**JS 44** (Rev. 3/99)

07cv6924
JUDGE LEFKOW
MAG. JUDGE COX

The JS-44 civil cover sheet and ... filing and service of pleadings or other papers as required by law, except as provided by ... of the United States in September 1974, is required for the use of the Clerk of Court for th... S ON THE REVERSE OF THE FORM.)

### (a) PLAINTIFFS
Ralph CABRERA
Reina M CABRERA

### DEFENDANTS
City of Chicago Corporation Counsel
and Cook County / Cook County Sheriff Dept

DEC 10 2007 FILED JN DEC 10 2007

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
4153 N Western Ave
Chicago IL 60618

Attorneys (If Known)
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

### III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: [X] PTF 1

### IV. NATURE OF SUIT
[X] 440 Other Civil Rights (circled along with 441 Voting, 442 Employment, 443 Housing/Accommodations, 444 Welfare)

### V. ORIGIN
[X] 1 Original Proceeding

### VI. CAUSE OF ACTION
42 U.S.C.S. §1985, 42 U.S.C. 1983
Cause was perjury by Dept of Sheriff

### VII. REQUESTED IN COMPLAINT:
DEMAND $ 500,000,000 from city the same from Cook County
JURY DEMAND: [X] Yes

### VIII. This case [X] is not a refiling of a previously dismissed action.

DATE: 12-10-07
SIGNATURE OF ATTORNEY OF RECORD: Ralph Cabrera