07cv6924
JUDGE LEFKOW
MAG. JUDGE COX

SE LITIGANTS
DISTRICT OF ILLINOIS

**FILED**
JN DEC 10 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Ralph Cabrera
(Please print)

STREET ADDRESS: 4153 N. Western

CITY/STATE/ZIP: Chicago, IL 60618

PHONE NUMBER: (773) 430-0944

CASE NUMBER:

_Ralph Cabrera_
Signature

12/10/07
Date