07cv6924
JUDGE LEFKOW
MAG. JUDGE COX

## APPEARANCE FORM F[
DISTRICT COURT FOR THE NOR~~~~~ ----

Information entered on this form is required for any person filing a case in this court as a pro
se party (that is, without an attorney).

NAME: _Reina M. Cabrera_
(Please print)

STREET ADDRESS: _4153 N. Western_

CITY/STATE/ZIP: _Chicago, IL 60618_

PHONE NUMBER: _(773) 430-0944_

CASE NUMBER: _____

_Reina M. Cabrera_
Signature

_12/10/07_
Date

DEC 1 0 2007

**FILED**

J.N   DEC 1 0 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT