IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RALPH CABRERA AND REINA M. CABRERA, | ) ) ) | |
| Plaintiffs, | ) ) | Court No. 07 C 6924 |
| v. | ) ) | The Honorable Joan H. Lefkow |
| CITY OF CHICAGO, *et al.,* | ) ) | Magistrate Judge Cox |
| Defendants. | ) ) | |

### NOTICE OF MOTION

TO:   Ralph Cabrera
      Reina M. Cabrera
      4153 N. Western Avenue
      Chicago, IL 60618

PLEASE TAKE NOTICE that on January 15, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan H. Lefkow, or whomever may be sitting in his/her stead, in Room 1925 of the U.S. District Court for the Northern District of Illinois, Eastern Division, at 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached **DEFENDANT JUDGES' RULE 12(b)(1) & (6) MOTION TO DISMISS PLAINTIFFS' COMPLAINT and MEMORANDUM OF LAW IN SUPPORT** thereof, a copy of which is hereby attached.

|  |  |
|---|---|
|  | /s/ Kathleen L. Ford |
| LISA MADIGAN | KATHLEEN L. FORD |
| Attorney General of Illinois | Assistant Attorney General |
|  | General Law Bureau |
|  | 103 W. Randolph St., 13th Fl. |
|  | Chicago, IL 60601 |
|  | (312) 814-5160 |
|  | kford@atg.state.il.us |

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon the above named, at the address indicated, by **U.S. Mail** on January 9, 2008 from 100 W. Randolph Street, Chicago, Illinois 60601.

/s/ Kathleen L. Ford