UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Ralph Cabrera, | ) | |
| Reina M. Cabrera, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6924 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Joan H. Lefkow |
| City of Chicago Corporation Counsel | ) | |
| Mara S. Georges, et al. | ) | Magistrate Judge Cox |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:  Ralph Cabrera
     Reina Cabrera
     4153 N. Western Avenue
     Chicago, Illinois 60618

**PLEASE TAKE NOTICE** that on January 22, 2008 at 9:30 a.m., I shall appear before the Honorable Joan H. Lefkow in the courtroom usually occupied by her in Room 1925 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached Motion to Dismiss.

RICHARD A. DEVINE
State's Attorney of Cook County

By:  S/ Jamie M. Sheehan
     Jamie M. Sheehan
     Torts/Civil Rights Litigation Section
     500 Richard J. Daley Center
     Chicago, Il 60602
     (312) 603-6772