**CERTIFICATE OF SERVICE**

      I, Jamie M. Sheehan, Assistant State's Attorney, certify that I served this notice on the above named party, with a copy of the attached Motion to Dismiss, via electronic means as provided by the Northern District's CM/ECF electronic filing, as well as by placing a copy in the U.S. Mail with proper postage before 5pm on January 15, 2008.

                                                              S:/ Jamie M. Sheehan