IN THE UNITED STATE DIETRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Ralph Cabrera | ) | CASE NO.: 07 C 6924 |
| Reina Cabrera | ) | |
| **Plaintiff** | ) | |
| | ) | |
| V. | ) | **Honorable Judge** |
| | ) | **Joan H Lefkow** |
| | ) | |
| CITY OF CHICAGO, et al, | ) | Magistrate Judge Cox |
| | ) | |
| **Defendant** | ) | |
| | ) | |

### PLAINTIFF'S MOTION TO AMEND AND SUPPLEMENTAL COMPLAINT

Pursuant to (735 ILCS 5/2 – 602) states that further pleading may be permitted as required by the court.

Pursuant to (735 ILCS 5/2 – 612) (A): At any time before final judgment amendments may be allowed on just and reasonable terms,

Pursuant to (Fed.R.Civ.P. 15 (b), Amendments to Conform to the Evidence.

### CONCLUSION

For the foregoing reasons, although the defendant with unlimited resources to do any thing it may desire. The Plaintiff are, alone with limited tools, time and knowledge drifting in a sea of citations, statutes, Amendments and act's with only a prayer for Justice. Because of my current medical condition Brain Cancer I request 30 days. The Plaintiff would like to provide the Defendant with a more definite statement, as requested.

Dated January 14, 2008

Respectfully Submitted,

By: *Ralph Cabrera* (signature)
Ralph Cabrera

Ralph Cabrera & Reina Cabrera
4153 N Western, Ave
Chicago, IL. 60618

*Reina Cabrera* (signature)
Reina Cabrera