## IN THE UNITED STATE DIETRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Ralph Cabrera )
Reina M Cabrera )
    **Plaintiff** )
)
)    CASE NO.  07 C 6924
    V. )
)
City of Chicago, et al. )    JUDGE:  Joan H Lefkow
    **Defendant** )
)

**Reply to Defendants Notice of Motion**

FILED
JAN 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To   Kathleen L. Ford
Assistant Attorney General
General Law Bureau
103 W Randolph St., 13th Fl.
Chicago, IL. 60601

    Please Take Notice that on January 15, 2008, at 9; 30 am, or soon thereafter as Counsel may be heard. I shell appear before the Honorable Judge Joan H, Lefkow, or whomever may be sitting in her stead, in Room 1925 of the U.S. District Court of the Northern District of Illinois, Eastern Division, at 219 S Dearborn St, Chicago, IL. 60604 and shell then and there present the attached **Reply to Defendants Notice of Motion.**

Ralph Cabrera                                     4153 N Western Ave.
Reina Cabrera                                     Chicago, IL. 60618
                                                      773-430-0944

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing was served upon the above named, at the address indicated, by U.S. Mail on January 15, 2008 from 2522 W Lawrence, Ave. Chicago, Illinois 60625.

                                                               Ralph Cabrera
                                                               Reina Cabrera