# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Ralph Cabrera, et al.
                            Plaintiff,

v.                                            Case No.: 1:07−cv−06924
                                                    Honorable Joan H. Lefkow

City of Chicago, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 15, 2008:

      MINUTE entry before Judge Joan H. Lefkow :Plaintiff's response to defendant judges' Rule 12(b)(1) & (6) to dismiss [8] and defendant Sheriff Dart's motion to dismiss [11] is due by 2/12/2008. No reply is needed. Ruling will issue by mail. Defendant Sheriff Dart's motion to dismiss [11] is removed from the court's call on 1/22/2008 and will not be called in court.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.