

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 07 C 6924
RALPH CABRERA, et al. v. CITY OF CHICAGO, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Mara Georges, Myriam Zreczny Kasper, Benna Ruth Solomon, Brian L. Crowe, Torrick Ward, Demetrius Kane, Joe Romano, Scott Sachnoff

| | |
|---|---|
| NAME (Type or print) Thomas More Leinenweber | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM Leinenweber & Baroni, LLC | FILED |
| STREET ADDRESS 321 South Plymouth Court, Suite 1515 | FEB - 5 2008 MICHAEL W. DOBBINS |
| CITY/STATE/ZIP Chicago, IL 60604 | CLERK, U.S. DISTRICT COURT |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6209086 | TELEPHONE NUMBER 312/663-3003 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |