IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RALPH CABRERA and REINA CABRERA, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>THE CITY OF CHICAGO, et al. <br><br>　　　　Defendants. | ) ) ) ) ) No. 07 C 6924 ) ) Judge Joan H. Lefkow ) ) ) ) |

**DEFENDANTS' MOTION FOR AN EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants, Mara Georges, Myriam Zreczny Kasper, Benna Ruth Solomon, Brian L. Crowe, Torrick Ward, Demetris Kane, Joe Romano and Scott Sachnoff (collectively "the Defendants"), by their attorney, Thomas More Leinenweber, respectfully requests that this Court enter an order allowing them an additional twenty-one (21) days to answer or otherwise plead to Plaintiff's Complaint. In support thereof, the Defendants state as follows:

　　1.　　On December 10, 2007, Plaintiffs filed a thirteen-count *pro se* complaint against numerous defendants alleging civil rights violations, pursuant to 42 U.S.C. ¶¶1983 and 1985.

　　2.　　Sometime in late December, the undersigned counsel was contacted by the City of Chicago regarding this matter.

　　3.　　Proper service was never actually accomplished by Plaintiffs but for reasons of judicial economy, the undersigned counsel will waive service on behalf of various Defendants.

　　4.　　By this motion, Defendants request an order allowing them to answer or otherwise plead to the Complaint on or before March 7, 2008.

　　5.　　This motion is not made to delay this matter in anyway.

WHEREFORE, Defendants, Mara Georges, Myriam Zreczny Kasper, Benna Ruth Solomon, Brian L. Crowe, Torrick Ward, Demetris Kane, Joe Romano and Scott Sachnoff, respectfully request that this Honorable Court enter an order allowing it to file their answer or otherwise plead to the complaint on or before March 7, 2008.

Respectfully submitted,

s/Thomas More Leinenweber
Thomas More Leinenweber

Thomas More Leinenweber
Leinenweber & Baroni, LLC
321 South Plymouth Court, Suite 1515
Chicago, Illinois 60604
312-663-3003