IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RALPH CABRERA and REINA CABRERA, | ) ) ) |
| Plaintiff, | ) No. 07 C 6924 ) |
| v. | ) Judge Joan H. Lefkow ) |
| THE CITY OF CHICAGO, et al. | ) ) ) |
| Defendants. | ) |

### NOTICE OF MOTION

To:  Ralph Cabrera & Reina Cabrera
4153 N. Western
Chicago, IL 60618

Kathleen Louis Ford
Illinois Attorney General's Office
100 West Randolph Street
Chicago, IL 60601

Jamie Melissa Sheehan
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602

PLEASE take notice that on Thursday, February 21, 2008 at 9:30 a.m. I will present the attached **DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** before the Honorable Joan H. Lefkow in courtroom 1925 of the United States District Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois, a copy of which is hereby served upon you.

　　　　　　　　　　　　　　　　　　　　  s/Thomas More Leinenweber
　　　　　　　　　　　　　　　　　　　　Thomas More Leinenweber

1

## PROOF OF SERVICE

    I, Thomas More Leinenweber, an attorney, swear I served a copy of the above-referenced documents on the parties on the attached service list by placing a copy in the U.S. Mail with the proper postage pre-paid on February 12, 2008 and via e-mail.

                                                    s/Thomas More Leinenweber
                                                    Thomas More Leinenweber

Thomas More Leinenweber
Leinenweber & Baroni, LLC
321 South Plymouth Court, Suite 1515
Chicago, Illinois 60604
312-663-3003