## IN THE UNITED STATE DIETRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Ralph Cabrera ) | CASE NO.: 07 C 6924 |
| Reina Cabrera ) | |
|     **Plaintiff** ) | **F I L E D** |
| ) | 2-20-2008 |
| v. ) | FEB 2 0 2008 |
| ) | MICHAEL W. DOBBINS |
| CITY OF CHICAGO, et al, ) | CLERK, U.S. DISTRICT COURT |
| ) | |
| Joe Romano ) | |
| Scott sachnoff ) | **Honorable Judge Joan H Lefkow** |
| Mara S Georges ) | |
| Baker, Miller, Mark off & Krasny ) | |
| Unknown City Attorneys ) | |
| ) | |
| Officer Case Czynowski Star13089 ) | |
| Officer Process Server Unknown ) | |
| ) | Magistrate Judge COX |
| ) | |
|     **Defendant** ) | |

### PLAINTIFF'S MOTION TO AMEND AND SUPPLEMENTAL COMPLAINT

Pursuant to (735 ILCS 5/2 – 602) states that further pleading may be permitted as required by the court.

Pursuant to (735 ILCS 5/2 – 612) (A): At any time before final judgment amendments may be allowed on just and reasonable terms,

Pursuant to (Fed.R.Civ.P. 15 (b), Amendments to Conform to the Evidence.

### CONCLUSION

For the foregoing reasons, although the defendant with unlimited resources to do any thing it may desire. The Plaintiff are, alone with limited tools, time and knowledge drifting in a sea of citations, statutes, Amendments and act's with only a prayer for Justice. Because of my current medical condition Brain Cancer I request 30 days. The Plaintiff would like to provide the Defendant with a more definite statement, as requested.

Dated Friday, February 15, 2008                              Respectfully Submitted,

                                                                          By:   *Ralph Cabrera* (signature)
                                                                               Ralph Cabrera

Ralph Cabrera &Reina Cabrera
4153 N Western, Ave                                          *Reina Cabrera* (signature)
Chicago, IL. 60618                                           Reina Cabrera

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINIOS
# EASTERN DIVISION

| | |
|---|---|
| Ralph Cabrera ) | |
| Reina M Cabrera ) | CASE NO. 07 C 6924 |
| **Plaintiff** ) | |
| ) | |
| V. ) | |
| ) | |
| City of Chicago Corporation Counsel ) | |

## PROOF OF SERVICE

TO
Mara S Georges
Joe Romano
Scott Sachnoff
Case Czynowski
Unknown process Server
Baker, Miller, Marknoff, & Krasny
City of Chicago Corporation Counsel
Suite 800
30 North La Salle Street
Chicago, Illinois 60602

I the under signer not a party to this case, certify that on the __20__ day of February ,2008, served a copy of the summons and amened complaint and Motion to each persons listed above whom it is directed to by way of , pre-paid U.S Mail, to their place of employment City of Chicago Corporation Counsel.

NAME___Odalis Oramas_____          s/Odalis Oramas___
                                             Odalis Oramas

Address___2740 N Sawyer_____

City/Zip__Chicago, IL. 60647_____