*HHN*

## IN THE UNITED STATE DIETRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Ralph Cabrera | ) |
| Reina Cabrera | ) |
| **Plaintiff** | ) |
| | ) |
| **V.** | ) |
| | ) |
| CITY OF CHICAGO, . . | ) |
| | ) |
| Joe  Romano | ) |
| Scott sachnoff | ) |
| Mara S Georges | ) |
| Baker, Miller, Mark off & Krasny | ) |
| Unknown City Attorneys | ) |
| | ) |
| Officer Case Czynowski Star13089 | ) |
| Officer Process Server Unknown | ) |
| | ) |
| | ) |
| **Defendant** | ) |
| | ) |

CASE NO.: **07 C 6924**

# F I L E D
FEB 2 0 2008  *TG*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT. COURT,

**Honorable Judge Joan H Lefkow**

Magistrate Judge  COX

## AMENDED COMPLAINT

Now come the Plaintiffs Ralph Cabrera and his wife Reina M. Cabrera and for his complaint against Defendants named above, all individually in their official capacities, in the City of Chicago. State of Illinois. States the follows:

## INTRODUCTION

This is an action involking a writ of Mandamus for the willful and wanton criminal [culpable] Negligent per se conduct which resulted in violations of the Plaintiffs' Constitutional Rights, Civil rights pursuant to 42 USCS § 1983, 42 USCS § 1985 and violation under 42 U.S.C. § 1988 the state law claim of malicious prosecution, Assault and Battery all in violation of Plaintiffs' rights granted under the U.S. Federal Constitution, and  rights granted them under the Illinois  Constitution

## JURISDICTION

Because the Plaintiffs (Cabrera's) claim are based upon violations of federal law, this Court has subject matter jurisdiction pursuant to 28 USC. Section 1331; Section 1343(a) (3) and (4). This Court further has jurisdiction over the State Court based upon its pendent jurisdiction pursuant to 28 USC § 1367(a).

## VENUE

Venue is proper in the Northern District of Illinois, Eastern Division pursuant to 28 USC, Section 1391(b), because a substantial part of the events gave rise to the claims Occurred in this district. Further, venue is proper pursuant 28 U.S.C. § 1391 (b) and (C), because City of Chicago is otherwise subject to jurisdiction in this district.

## PARTIES

1.      Plaintiff Ralph Cabrera (hereinafter  Plaintiff A ) is an individual residing in State of Illinois at all time relevant to this complaint and resides in Cook County City of Chicago.

2.      Plaintiff Reina M Cabrera (hereinafter  Plaintiff B ) is an individual residing in State of Illinois at all time relevant to this complaint and resides in Cook County City of Chicago.

3.      The City of Chicago is a municipal corporation operating within the geographic boundaries of Cook County, Illinois, in this judicial district.

4.      At all relevant times, Ms. Mara S. Georges was employed as an attorney by the City of Chicago Corporation Counsel and was a resident of the State of Illinois.

5.      At all relevant times, Mr Scott sachnoff was employed as an attorney by the City of Chicago Corporation Counsel and was a resident of the State of Illinois.

6.      At all relevant times, Mr. Joe Romano was employed as an attorney by the City of Chicago Corporation Counsel and was a resident of the State of Illinois

7.      At all relevant times, Baker, Miller, Mark off &Krasny was employed as attorneys by the City of Chicago Corporation Counsel and was a resident of the State of Illinois.

8.      At all relevant times, Officer Process Server Mr. Case Czynowski was employed as a sheriff by The Cook County Sheriff Department a municipal subdivision of the state of Illinois, through Court Services Department by the City of Chicago Corporation Counsel and was a resident of the State of Illinois

## FACTUAL ALLEGATIONS

9.      On or about August 5, 2005. (Plaintiff (B) Reina M Cabrera) noticed a misc. deduction on her paycheck stub for $372.20. Dollars. (See EXHIBIT (2)).( The plaintiff (B) quickly contacted her employer and requested they send her any information received regarding this wage deduction. Her employer stated that they had received an AFFIDAVIT FOR WAGE DEDUCTION ORDER from Attorneys Brian L Crowe, Torrick Ward / Demetris Kare Attorneys Assistant Corporation Counsel for the Plaintiff City of Chicago Municipal Corporation. See EXHIBIT (3).

 By way of First Class Mail for $50,000. Dollars On August 5, 2005 and another which was different from the first enforcement of judgment order, On August 09 2005 for $76,824.31 (see EXHIBIT (3)). They committed thus far 48 individual violations under the RICO ACT for MAIL FRAUD, and /or WIRE FRAUD without Due process of law.


10.      Finding that On February 2, 1999, a Lead Abatement Summons was issued for the amount claimed $8,400. Dollars by the Department of Public Health and was submitted to the City of Chicago corporation counsel Attorneys Brian L Crowe, Torrick Ward / Demetris Kare Attorneys Assistant Corporation Counsel for the Plaintiff City of Chicago Municipal Corporation. (See EXHIBIT (2)).


11.      on July 19 1999. Mara S Georges changed the amount of the claim from $8,400. To $50,000 **disregarding her legal duty one owes to others, submitted the false documents to the court** and was granted an order for lead paint abatement order, having an EX - PARTE judgment entered against the said Plaintiffs( at that time defendants) in the amount of $50,000 dollars. By judge Samuel J Betar III. (See EXHIBITS 11).

      On or about May 25, 2006. The plaintiff (A) traveled to Rolling Meadows (Exhibit 12 A) and presented the documents (Exhibits 11, 12) to Judge Samuel J Betar, III. Because in the Appellate Court of Illinois First Judicial District, case # 06-0605 Mara S, Georges stated that the Judge changed the amount when he assess the amount of $50,000. Dollars. (see exhibit 10-1-2-3), Judge Betar, III, **stated that he only signs completed forms.** Upon further analysis found that the person that filled out the form used a felt tip pen, which was heavier than the judge used. He used a ballpoint pen. (Exhibit 12).on July 19 1999. Mara S Georges changed the amount of the claim (Violating the FRCP Rule54(c) and RULE 271, 272, 720 ILCS 250/2.07) (42 U.S.C. § 1985 (3)), disregarding her legal duty one owes to others,


12.      Soon after the Plaintiffs went to City Hall and copied all Documents pertaining to the Case # 99 M1 400655.


13.      On or about October 20, 2005. (Plaintiff (A) Mr, Cabrera) arrived at his Bank (CORUS BANK at 3959 N Lincoln ave, Chicago, IL 60613). To deposit his weekly earnings to find that his business accounts, his children savings account (Cristina (13) Raphael (8) and Adrian (7)) and family checking account were closed and all money was removed.


14.      Shortly thereafter, Plaintiff (A) (then Defendant) contacted his bank by phone. Corus Bank stated that they had received the Citation to Discover Assets and Turnover order by way of first Class Mail. They committed BANK FRAUD, without process. On or about October 20

2005. (CORSE BANK) sent the Plaintiffs a copy of the Citation to Discover Assets and a TURNOVER ORDER, with copy of the cashier's check enclosed. (See EXHIBIT 4, 5, 6, 7. 7 (A).

15.     On or about October12, 2005, the Plaintiffs (at that time "Defendants") filed a motion to set aside the judgment stating that they did not own the property at that time and that they were not served with a summons or complaint. The hearing date was set for January 11, 2006.

16     On or about October 05 2005. Just after a motion hearing, the plaintiffs (than defendants) walk out of the court room # 1401 with attorney Joe Romano and Scott Sachnoff, Joe Romano turned to the plaintiff and made an offer to settle for the amount that they have collected. Which was about $8 to 10 thousand dollars at that time? The plaintiffs (then defendants) ask for some time to consider his offer and ask them for there phone number. (exhibit 18) Giving the plaintiff 24 hours to consider the offer.

17.     Shortly thereafter as we step out of the building Joe Romano ask plaintiff (A) to come with him to his office at 30 N LaSalle, because he had to talk to the plaintiff about something. Upon arriving and waiting in the lobby for a few minutes, with others persons unknowing Joe Romano entered into the lobby attempted to interrogate and intimidate (720 ILCS 5/12-6) the plaintiff (A) as to his whereabouts and place of residents. Stating that the plaintiff was "full of shit and that the plaintiff needed to stop lying." and violating the plaintiffs US constitutional and states rights under the VIII Amendment, nor cruel and unusual punishment inflicted. His Reckless conduct (720 ILCS 5/12-5) Causing the plaintiff sever emotional distress the plaintiff left the building.

18.     On January 11, 2006. Joe Romano, attorney corporation counsel, stood next to Sheriff Case Czynowski, as Sheriff Case Czynowski testified under oath that he served the Plaintiff (A) with the summons and complaint (at that time Defendant) personally at 3302 W Schubert. On June 28, 1999 at 1:45 pm and has previously filed an affidavit on June 30, 1999, witch verified his testimony. (See 8th EXHIBIT 17).Sheriff Case Czynowski , Criminal [Culpable] Negligence committed perjury in court, when he testified that he served the Plaintiff (A). At 3302 N Schubert, on June 28, 1999 at 1:45 pm although the plaintiff was only 14 miles away, at work, at the same time that service was rendered.(see 8th EXHIBIT 17, 19, 20.). Causing ABUSE OF PROCESS and. violating the plaintiff's constitutional rights under Due process of law,). UNITED STATE V. BRAND JEWLERS, INC. it was held that the United State had standing to seek an injunction preventing defendant from systematically obtaining default judgment against economically disadvantaged defendants by utilizing so-called "SEWER" SERVICE techniques, by which the process-server simply disposes of the papers and makes a false affidavit of service. 318 F. supp. 1293(S.D.N.Y. 1970). (see exhibit21)

19.     The Plaintiff (A) (at that time Defendant) had found only one document on the morning of 1-11-06 that may have vacated the judgment, although it was too late to submit through the Clarks office, the plaintiff tried to submit the document in open court (see EXHIBIT 9) Judge David B. Atkins refused to view the document, although the Plaintiff had several copies.

20.     On January 11, 2006.  Judge David B. Atkins ordered that the motion to vacate the

judgment entered 7-19-1999 for $50,000 dollars be **Denied**. (See EXHIBIT 10).

21.     The Plaintiffs ( at that time Defendant ) filed a notice of appeal on February 21 2006 and on March 16, 2006 filed an emergency motion to accelerate appeal and motion for temporary injunction to stop wage garnishment the motion was **Denied.**

22.     The Plaintiffs (at that time Defendant) **lost** their appeal for lack of Jurisdiction.

23.     Since that time the Plaintiff A, has develop several brain tumor and at this time I am being treated with radiation and chemotherapy and that the contributory cause was more likely than not due to the amount of Severe Emotional Distress place upon him by the Criminal [Culpable] Negligence Defendants listed above.

24.     City of Chicago seized all of our assets from Corus Bank including our family checking and savings accounts as well as Start-up business account and our children's savings accounts (ages eight, ten, and fourteen) as well and was left with zero balance. The seizing of our assets and the garnishment of wages have seriously tarnished our credit and have left us in a true financial bind, it has hindered our most basic parental responsibilities - to afford our children their most basic needs, to nourish, cloth, purchase school supplies or provide them with a descent Christmas Birthday or any other holiday that makes them happy. It has put an incredible amount of strain on us as parents. My health has suffered immeasurably and I only have the City of Chicago and Cook County to thank. How ironic that a man spends almost 10 years of his life in the United States Navy protecting his Country and the Constitution for which stands for just to come home and be marginalized by the same Justus system he protected.

25.     On or about December 20, 2007. A person contacted Plaintiff, (A) to inquire about a scooter that I had for sale which was park in front of the plaintiffs house on the sidewalk. He stated that he wanted to come by and talk to the plaintiff about it. Shortly thereafter, I received another call from that same person stating that he was downstairs. As soon as the plaintiff stepped out of my doorway, into the front yard of the resident. he stated that that he was not interested in the scooter, but that he was a PROCESS SERVER sent by City of Chicago Corporation Counsel Baker Miller Markkoff & Krasny. He stated that their demands were that I call the number listed on the Alias Summons he served the plaintiff with and appear in Cook County Circuit Court on January 8, 2008. He touched the plaintiff abdomen Violating **(720 ILCS 5/12-4(b) (5) and Threaten,(720 ILCS 5/12-1)** that if I did not comply with their demands immediately, the plaintiff  was to be arrested and incarcerated for the duration of the upcoming holidays Seasons. the plaintiff  walk back in the home. A Few minutes after, the plaintiff went back down to walk my dog, and found that the plaintiff scooter had been knocked down and plastics fragments from the scooter were scattered about.  The plaintiff called the number listed on the summons, 1-312-541-4100 and stated that the plaintiff would comply with their demands. Although the plaintiff did not appear, the plaintiff has been held captive in his home since January 8, 2008 for fear of being arrested and incarcerated.  The case number listed on the Alias Summons was that of a case that was heard and settled on January 11, 2007.

# **COUNT 1**

**In Violation of Plaintiffs Constitutional Rights Under, the 1st, Amdt Redress of Grievances. 4th, Amdt, Unreasonable Search and Seizures. 8th, Amdt, Infliction Cruel and Unusual Punishment, 14th, Amdt, Without Due Process of Law. Title 42 U.S.C. 1983, 1985 and 1988 for Malicious Prosecution Assault and Battery**
**Against all named Defendants**

26.    The Plaintiffs Repleads statements 1 through 25 as and for this Count I as though fully set forth herein.

27.    The defendants named in this count I of Plaintiffs complaint committed the above acts under color of state law, without probable cause and unlawfully deprived the plaintiffs of there U.S. Constructional rights pursuant to there Civil Rights under Title 42 U.S.C.1983, 1985, and 1988.

28.    Both prior to, and during the course of this unlawful trial of the plaintiffs, the defendants used unreasonable tactics in  violation of his due process rights guaranteed by the Fourteenth Amendment to the United Sates Constitution, and his right to be free from unlawful searches and seizures as guaranteed by the Fourth Amendment to the United State Constitution. In addition, in violation of the Eight Amendment right to be free from infliction of Cruel and Unusual Punishment guaranteed by the Eight Amendment of the United State Constitution.

29.    At all times to this complaint there was in full force and effect a federal statue under Article 42 of the United States Code and codified at 42 USC  1983,1985 AND 1988.

30.    On information and belief, the City of Chicago has knowledge of and has acquiesced in the above-described unlawful and illegal act of the officers, and attorneys, and through such knowledge and acquiescence has perpetrated a policy of indifference and gross neglect of the rights of its citizenry.

31.    There have been repeated instances of such unlawful and illegal conduct of which the city of Chicago has knowledge of and has acquiesced to, such the wrongful imprisonment of various other individuals due to unlawful trials wrongful arrest of various other individuals on or about the same date that the plaintiffs were unlawfully and illegally wrongfully tried. The City of Chicago acknowledges that it has a police of indifference to the rights of its citizens as further evidenced by (1) the grossly inadequate trainning of its process server's officers, (2) the grossly inadequate ethics training of its attorneys. (3) The grossly inadequate training of its internal

department investigators. (4) The grossly inadequate supervision of its attorneys.

32.    As a direct and proximate result of the defendants actions as stated above, the plaintiffs has been deprived of his constitutional rights and he has suffered physical, emotional and monetary damages as a result thereof.

33.    The defendants committed these illegal and unlawful acts willfully and maliciously and with a conscious disregard of the constitutional rights of the plaintiffs.

WHEREFORE, The plaintiffs pray that this Honorable Court enter a judgment in there favor and against the defendants CITY OF CHICAGO, ·      Joe   Romano, Scott sechnoff, Mara S Georges, Baker, Miller, Mark off & Krasny, Unknown City Attorneys Officer and Case Czynowski Star13089, Officer Process Server Unknown, jointly and severally, for compensatory damages, EXEMPLARY [PUNITIVE] DAMAGES, his reasonable attorneys fees, the cost of this suit, plus such other amounts as this Honorable  Court deems just and appropriate.


# COUNT II

### 4th, Amdt, Unreasonable Search and Seizures. 8th, Amdt, Infliction Cruel and Unusual Punishment, 14th, Amdt, Without Due Process of Law. Title 42 U.S.C. 1983, 1985 and 1988 for Malicious Prosecution Assault and Battery
### <u>Against all named Defendants</u>


34.    The plaintiffs repleads paragraph 1 through 25 as and for this count, II as though fully set herein.

35.    The plaintiff were tried and a judgment entered against them in the amount of 76k without probable cause or process in violation of his due process rights guaranteed by the Fourteenth Amendment to the United States Constitution, and his rights to be free from unlawful search and Seizures as guaranteed by the Fourth Amendment to United States Constitution

36.    As a direct and proximate result of the defendants actions as stated above, the plaintiffs has been deprived of his constitutional rights and he has suffered physical, emotional and monetary damages as a result thereof.

37.    The defendants committed these illegal and unlawful acts willfully and maliciously and with a conscious disregard of the plaintiff constitutional rights of the plaintiffs.

WHEREFORE, The plaintiffs pray that this Honorable Court enter a judgment in there favor and against the defendants CITY OF CHICAGO, ·      Joe   Romano, Scott sechnoff, Mara S Georges, Baker, Miller, Mark off & Krasny, Unknown City Attorneys Officer and Case

Czynowski Star13089, Officer Process Server Unknown, jointly and severally, for compensatory damages, EXEMPLARY [PUNITIVE] DAMAGES, his reasonable attorneys fees, the cost of this suit, plus such other amounts as this Honorable Court deems just and appropriate.

# COUNT III

### 4th, Amdt, Unreasonable Search and Seizures. 8th, Amdt, Infliction Cruel and Unusual Punishment, 14th, Amdt, Without Due Process of Law. Title 42 U.S.C. 1983, 1985 and 1988 for Malicious Prosecution Assault and Battery
### <u>Against all named Defendants</u>

38.    The plaintiffs repleads paragraph 1 through 25 as and for this count, III as though fully set herein.

39.    The plaintiff were tried and a judgment entered against them in the amount of 76k without probable cause or process and forced to defend himself against the charges in proceedings conducted in the Circuit Court of cook county, Illinois, all in violation of his due process rights guaranteed by the Fourteenth Amendment to the United States Constitution, and his rights to be free from unlawful search and Seizures as guaranteed by the Fourth Amendment to United States Constitution

40.    As a direct and proximate result of the defendants actions as stated above, the plaintiffs has been deprived of his constitutional rights and he has suffered physical, emotional and monetary damages as a result thereof.

41.    The defendants committed these illegal and unlawful acts willfully and maliciously and with a conscious disregard of the constitutional rights of the plaintiffs.

42.    The Cook County proceeding against the plaintiffs terminated in his favor on the Defendants listed above, on January 11, 2007

WHEREFORE, The plaintiffs pray that this Honorable Court enter a judgment in there favor and against the defendants CITY OF CHICAGO, .    , Joe  Romano, Scott sechnoff, Mara S Georges, Baker, Miller, Mark off & Krasny, Unknown City Attorneys Officer and Case Czynowski Star13089, Officer Process Server Unknown, jointly and severally, for compensatory damages, EXEMPLARY [PUNITIVE] DAMAGES, his reasonable attorneys fees, the cost of this suit, plus such other amounts as this Honorable Court deems just and appropriate. and request a cease and Desist order of the on going garnishment.( see exhibit 28)

# COUNT IV

**4th, Amdt, Unreasonable Search and Seizures. 8th, Amdt, Infliction Cruel and Unusual Punishment, 14th, Amdt, Without Due Process of Law. Title 42 U.S.C. 1983, 1985 and 1988 for Malicious Prosecution, Assault and Battery**
**<u>Against all named Defendants</u>**

43.     The plaintiff's repleads paragraph 1 through 25 and for this count, IV as though fully set herein.

44.     The plaintiff were tried and a judgment entered against them in the amount of 76k without probable cause or process and forced to defend them self's in a court proceeding conducted in the Circuit Court of Cook County, Illinois, all in violation of common law of the State of Illinois and in violation of there rights guaranteed by the Illinois Constitution in violation of his due process rights guaranteed by the Fourteenth Amendment to the United States Constitution, and his rights to be free from unlawful search and Seizures as guaranteed by the Fourth Amendment to United States Constitution and for Malicious Prosecution in violation of Illinois Law

45.     The Cook County proceeding against the plaintiffs terminated in his favor on the plaintiff on January 11, 2007

46.     As a direct and proximate result of the defendants actions as stated above, the plaintiffs has been deprived of his constitutional rights and he has suffered physical, emotional and monetary damages as a result thereof.

47.     The defendants committed these illegal and unlawful acts willfully and maliciously and with a conscious disregard of the constitutional rights of the plaintiffs.

        WHEREFORE, The plaintiffs pray that this Honorable Court enter a judgment in there favor and against the defendants CITY OF CHICAGO,      Joe   Romano, Scott sechnoff, Mara S Georges, Baker, Miller, Mark off & Krasny, Unknown City Attorneys Officer and Case Czynowski Star13089, Officer Process Server Unknown, jointly and severally, for compensatory damages, EXEMPLARY [PUNITIVE] DAMAGES, his reasonable attorneys fees, the cost of this suit, plus such other amounts as this Honorable  Court deems just and appropriate. And request a cease and Desist order of the on going garnishment.

# COUNT  V

**4th, Amdt, Unreasonable Search and Seizures. 8th, Amdt, Infliction Cruel and Unusual Punishment, 14th, Amdt, Without Due Process of Law. Title 42 U.S.C. 1983, 1985 and 1988 for Malicious Prosecution Assault and Battery**
**<u>Against all named Defendants</u>**

48.    The plaintiffs repleads paragraph 1 through 25 as and for this count, V as though fully set herein.

49.    The defendant unlawfully touch the plaintiff without his consent in violation of Illinois law.

50.    As a direct and proximate result of the defendants actions as stated above, the plaintiffs has been deprived of his constitutional rights and he has suffered physical, emotional and monetary damages as a result thereof.

51.    The defendants committed these illegal and unlawful acts willfully and maliciously and with a conscious disregard of the constitutional rights of the plaintiffs.

WHEREFORE, The plaintiffs pray that this Honorable Court enter a judgment in there favor and against the defendants CITY OF CHICAGO, . . . . Joe  Romano, Scott sechnoff, Mara S Georges, Baker, Miller, Mark off & Krasny, Unknown City Attorneys and Officer Case Czynowski Star13089, Officer Process Server Unknown, jointly and severally, for compensatory damages, EXEMPLARY [PUNITIVE] DAMAGES, his reasonable attorneys fees, the cost of this suit, plus such other amounts as this Honorable  Court deems just and appropriate, and request a cease and Desist order of the on going garnishment.

**The Plaintiffs Demands a trial by jury.**

Respectfully submitted,
Ralph Cabrera
Reina M Cabrera


By *Ralph Cabrera*
By *Reina M. Cabrera*

Ralph Cabrera
Reina M Cabrera
4153 N Western, aver
Chicago, Illinois 60618
773- 430-0944

EXHIBIT ( 1 )

**LEAD**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT - FIRST DISTRICT

**CITY OF CHICAGO, a municipal corporation,**

   **Plaintiff,**

Case No. 99M1 120855

v.  Ralph Cabrera
   3302 W. Schubert
   Chicago, IL 60647

**Address:**
1502 N. Keystone-1st Floor

  et al.,

**Courtroom 1101**
**Richard J. Daley Center**
**Amount Claimed: $8400**

   *  **Defendant (s)**

## SUMMONS

### ***REFER TO ATTACHED ADDENDUM OF DEFENDANTS***

To each defendant:

   You are hereby summoned and required to file an appearance and answer to the complaint, a copy of which is attached. If you fail to answer or appear, a judgment by default may be entered against you for the relief asked for in the complaint. This cause will be heard in Courtroom __1101__ of the Richard J. Daley Center on _____ at _9:30_ a.m./p.m.

MAR 0 8 1999

To the officer:

   This summons must be returned by the office or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 3 days before the day of your appearance. If service cannot be made, this summons shall be returned so endorsed.

          Aurelia Pucinski
          Clerk of Court

Date summons issued   **FEB - 2 1999**

          By: _____

      **Deputy Clerk**

Brian L. Crowe, Attorney #90909
By: Torrick Ward / Demetris Kare
Assistant Corporation Counsel
for Plaintiff
Room 700, 30 North LaSalle Street,
Chicago, IL 60602
(312) 744-8791



**CHICAGO PUBLIC SCHOOLS**
P.O. BOX 09003
CHICAGO, ILLINOIS 60609

PAGE 1 OF 1
AUGUST 5, 2005
TRACE NUMBER:　0003:

CHECK/ADVICE NUMBER:　33
PAY PERIOD.:　　　16　07/17-07/30/05

REINA MARIA CABRERA
4153 N WESTERN
CHICAGO, IL 6061B

LANE/GRADE: G09

STEP: 07

*Exhibit (2)*

SOCIAL SECURITY NO:
TIME CURRENT:　　10.00
OVERTIME:　　　　000.00

YTD TAXABLE GROSS:
YTD TOTAL GROSS:
UNIT/TITLE:　　0468○　　○○○00468

DESCRIPTION---HOURS----AMOUNT/ADJ.------BENEFITS

| | | | | |
|---|---|---|---|---|
| 50166 | | | SL | 128.00 |
| 57259 | 35.00 | | PB | 3.00 |

TAXES/DEDUCTIONS/NET------CURRENT-----------YTD-

FED INCOME TAX　101
STATE INCOME TAX　01
PENSION DEDUCTION
DNTL-HMO
CBOE PENSION CONTRIB
DEFER PAY DEDUCT
MISC DEDUCTIONS　　　372.20
INSURANCE DEDUCT
F-HMO BP
CTU DUES　　　　　　　17.18

*** CURR GROSS PAY

*** CURR NET PAY

MESSAGES:



**CHICAGO PUBLIC SCHOOLS**
P.O. BOX 09003
CHICAGO, ILLINOIS 60609

# DIRECT   DEPOSIT

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
1ST MUNICIPAL DISTRICT

CITY OF CHICAGO

Exhibit (3)

                    Plaintiff

              v.                          No. 99 M1 400655

REINA CABRERA
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

                    Defendant,            Return Date: AUG 08 2005

              and
BOARD OF EDUCATION OF THE
CITY OF CHICAGO

                    Employer.

AFFIDAVIT FOR WAGE DEDUCTION ORDER

I, the undersigned attorney, on oath state:
        1.   I believe employer BOARD OF EDUCATION OF THE CITY OF
CHICAGO is indebted to the judgment debtor, REINA CABRERA for wages due
or to become due.  Employer's address is City of Chicago, 125 S Clark
Street 2nd fl, Chicago, IL 60602.
        2.   The last known address of the judgment debtor is:
   4153 N. Western, Chicago, Illinois 60641.

I request that a summons issue directed to employer and I certify that a
copy of the attached Wage Deduction Notice was mailed to judgment debtor,
by first class mail, at his/her last known address prior to filing of
this wage deduction proceeding.

BAKER, MILLER, MARKOFF & KRASNY, LLC        Under penalties as provided by
Attorneys for Plaintiff.                    law pursuant to Sec. 1-109 the
29 N. Wacker Drive, 5th Floor               Code of Civil Procedure, the
Chicago, IL 60606                           undersigned certifies that the
Telephone (312) 698-7238                    statements set forth herein
FAX# (312) 541-0428                         are true and correct.

June 22, 2005

                    CERTIFICATE OF ATTORNEY
I, the undersigned certify under penalties as provided by law pursuant to
735 ILCS 5/1-109 that the following information is true.
        Judgment in the above captioned case was entered July 19, 1999.
   1.   The amount of the Judgment was                   $   50,000.00
   2.   Allowable costs previously expended:
   3.   a.  Initial filing fee                           $       60.00
        b.  Original and alias summons                   $       30.00
        c.  Filing and summons costs of prior
            supplementary proceedings                    $        0.00
   4.   Filing and summons cost for this
        proceeding                                       $       55.00
   5.   Statutory interest due on judgment
        from date above                                  $   26,679.31
                              TOTAL                      $   76,824.31
DEDUCT: Total amount paid by or on behalf of
        judgment debtor prior to this proceeding         $        0.00
        BALANCE DUE JUDGMENT CREDITOR                    $   76,824.31

                                        Attorney For Plaintiff

82-06123-1
WAX                      (OVER)



Exhibit
4

18/5

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### 1ST MUNICIPAL DISTRICT

CITY OF CHICAGO

                                    Plaintiff,

                    vs.

RALPH CABRERA

REINA CABRERA                       Defendant(s).

                    and

CORUS BANK

                        Third Party Respondent.

No. 99 M1 400655

RECEIVED

OCT 20 2005

CORUS BANK

### TURNOVER ORDER

THIS CAUSE COMING to be heard on Plaintiff's motion for a turnover, the Court having jurisdiction and being duly advised in the premises;

IT IS HEREBY ORDERED:

1. That the Citation Respondent is ordered to turn over funds of the Defendant that it is currently holding pursuant to a served Citation in the amount of $4,730.24.

2. That said funds shall be turned over to the Plaintiff through its attorneys to satisfy in part or in full the judgment entered herein.

3. That judgment in the sum of $4,730.24 is hereby entered against CORUS BANK and in favor of RALPH CABRERA  REINA CABRERA for use of CITY OF CHICAGO .

4. That any and all funds in excess of the amount indicated in this Order are to be returned to the account holder, the freeze on said account is lifted, and the Citation is dismissed.

E N T E R:

Date: _____

Assoc. Judge Thomas M. Donnelly

OCT 05 2005

Circuit Court - 1803

_____                    _____
JUDGE                                   Judge's No.

BAKER, MILLER, MARKOFF & KRASNY, LLC
Attorneys for Plaintiff
29 N. Wacker Drive - 5th Floor
Chicago, IL 60606
Telephone: (312)541-4100
82-06123-0

BTO

# BAKER, MILLER, MARKOFF & KRASNY, LLC

ATTORNEYS AT LAW

EXHIBIT (6)

KENNETH BAKER
DAVID S. MILLER
ROBERT G. MARKOFF
JAMES R. KRASNY
KEVIN W. MORTELL
JAMES A. KAPLAN
THOMAS M. GEARHART

October 12, 2005

RECEIVED

OCT 20 2005

CORUS BANK

Corus Bank
Attn:  Legal Dept
3959 N Lincoln Ave
Chicago, IL  60613

RE: Ralph Cabrera's
    Account Balance With:
    CITY OF CHICAGO
    Our File No: 82-06123-0 JR
    Docket No..: 99 M1 400655

Enclosed please find a copy of the Turnover Order entered with
the Court today.  Please be advised that the $4,730.24  being
held in that account must be forwarded to our office at this time.

Thank you for your cooperation in this matter.
If you have any questions, please do not hesitate to call.

Sincerely,

Baker, Miller, Markoff & Krasny, LLC

Mia T. Daniels 312-698-7238
Legal Assistant

MTD/kwk

**CORUS** BANK

P.O. Box 87144
Chicago, IL 60680-0144

773-989-5100

*Serving our Customers for over 90 years*

October 20, 2005

$Exhibit (7)$

Ralph & Reina Cabrera
4153 N Western, Ave
Chicago, IL  60618

Re: Citation to Discover Assets to Third Party No.(s): 99 M1 400655 – City of Chicago
vs. Ralph Cabrera, Reina Cabrera

Dear Customer(s),

Please find the enclosed copy of a cashier's check that was issued as satisfaction of the
aforementioned citation and enclosed order. A copy of said order is enclosed for your
records.

If you have any further inquires, please contact me at (773) 832-7940.

Sincerely,

Leslie Ann Regalado
Operations Special Services Specialist

# CORUS BANK

*Serving our Customers for over 90 years*

P.O. Box 87144
Chicago, IL 60680-0144

773-989-5100

September 16, 2005

*Exhibit (7A)*

Ralph & Reina Cabrera
4153 N Western, Ave
Chicago, IL 60618

Re: Citation to Discover Assets to Third Party No.(s): 99 M 400655 — City of Chicago vs. Ralph Cabrera

Dear Customer(s),

Pursuant to the court ordered citation received September 13, 2005 we have processed the additional withholding as stipulated. A copy of this citation was sent to you on that date. The actual debit(s) posted to your account(s) are:

| Account | Amount |
|---------|--------|
| 1707093224 | $ 1,877.37 - 09/13/05 |
| 1707174907 | $ 1,215.36 - 09/13/05 |
| 1707174907 | $    150.00 - 09/13/05 |
| 1707093224 | $    408.20 - 09/15/05 |
| 1707174907 | $ 1,229.31 - 09/16/05 |

Total:          $ 4,880.24

This total reflects $ 4,730.24 withholding in addition to $150.00 bank processing fee.

If you have any questions regarding this Citation to Discover Assets you may contact me at (773) 832-7940.

Sincerely,

Leslie Ann Regalado
Operations Special Services Specialist

STATE OF ILLINOIS )
                ) SS     **AFFIDAVIT OF POLICE OFFICER**
COUNTY OF C O O K ) SS
CASE NUMBER: __99M1-400655__ FILED DATE: _6/11/99_ DIE DATE: _7/14/99_ INV# _4090_

DEFENDANT: RALPH CABRERA        2700N        COURTRM 1101
ADDRESS: 3302 W SCHUBERT, CHGO, IL 60647        COURTDATE 7/19/99
************************************************************************

[A]    I, the undersigned, being over eighteen years of age, not a party to the action
      and duly sworn on oath, certify that I served this summons & complaint on the
      defendant as follows:         *EXHiBiT 17*

   _X_ [1]    **PERSONAL SERVICE:** By leaving a copy of the summons & complaint with the
           named defendant personally.

   ___ [2]    **SUBSTITUTE SERVICE:** By leaving a copy of the summons & complaint at the
           defendant's usual place of abode with some person of the family, of age of
           13 years or upwards, and informing that person of the contents thereof,
           also, a copy of the summons was mailed on the day of_____ 199____, in
           a sealed envelope with postage fully prepaid, addressed to the defendant at
           his or her usual place of abode.
           **SAID PARTY REFUSED NAME:**_____

   ___ [3]    **SERVICE ON:** Corporation_____ Company_____ Business_____
           Partnership_____. By leaving a copy of the summons & complaint with
           the registered agent, authorized person or partner of defendant.

[B]    The party served is described as follows:

    1.    SEX _M_ RACE _W_ HAGE _UNK_
    2.    NAME OF DEFENDANT: RALPH CABRERA
    SUMMONS SERVED ON: _Ralph Cabrera_ THIS _28_ DAY OF _Jul_, 1999 TIME _1:15_ AM/**PM**

    ADDITIONAL REMARKS:_____

[C]    I AM DULY AUTHORIZED TO SERVE PROCESS IN THIS CAUSE AND COMPLETE THIS RETURN OF
      SERVICE PURSUANT TO PARA S/1-2-11(B) OF CHAPTER 65 OF THE ILLINOIS COMPILED
      STATUTES (1992 AS AMENDED) AND STATE THAT THE INFORMATION CONTAINED IN [A] AND
      [B] ABOVE IS THE TRUTH.
      TERRY G. HILLARD, CHICAGO POLICE SUPERINTENDENT, BY: _____
      _____, POLICE OFFICER, STAR # _13088_

Signed and Sworn to before me on _6-30-99_ by: _____

_Rosalind McClennon_

    Notary Public
Cook County, Illinois
THE NAMED DEFENDANT WAS NOT SERVED:

TYPE OF BUILDING:_____
NEIGHBORS NAME:_____
ADDRESS:_____
REASON NOT SERVED
___MOVED ___WRONG ADDRESS
___DECEASED ___BUILDING VACANT
___NO SUCH ADDRESS
___VACANT LOT ___NO CONTACT
___UNABLE TO GAIN ENTRY
ADDITIONAL REMARKS:_____

OFFICIAL SEAL
ROSALIND R MCCLENNON
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXP. MAY 31,2003

| ATTEMPTED SERVICES | | |
|---|---|---|
| Date | Time | AM/PM |
| ___ | __:__ | ___ |
| ___ | __:__ | ___ |
| ___ | __:__ | ___ |
| ___ | __:__ | ___ |
| ___ | __:__ | ___ |
| ___ | __:__ | ___ |
| ___ | __:__ | ___ |

EXHIBIT 9

1999

## Attendance History   1999 - 2000

**Employee Name:** CARERA

**First:** RALPH

**Employee Number:** 61

**Employment:** 1/02/1997   Terminations:

**Department:** 820001

| | Vacation: Due | Used |
|---|---|---|
| | 10.0 | 5.0 |

| | Personal: Due | Used |
|---|---|---|
| | 8.0 | 3.0 |

**Carryover:** Days Level Months   23  7.5  0

**Legend:**

| | | | | |
|---|---|---|---|---|
| 1 | COMBINATION F/T | | A | PERSONAL LEAVE |
| 2 | COMBINATION OW | | B | MEDICAL LEAVE |
| 3 | COMBINATION OW | | C | NOT PAID PERSONAL TIME |
| 4 | COMBINATION WK | | O | OTHER |
| 5 | ACCIDENT ON JOB | | P | PAID PERSONAL DAY |
| 6 | ACCIDENT OFF JOB | | Q | PERSONAL 1/2 DAY |
| D | DEATH IN FAMILY | | R | SUSPENSION |
| E | LEFT EARLY | | T | TARDY |
| F | FIRE DAY | | V | VACATION |
| H | HOLIDAY | | W | VACATION 1/2 DAY |
| J | JURY DUTY | | X | CALL |

| Suffixes | Lvl | Mths |
|---|---|---|
| 05/20/1999 | | 1 |
| 06/14/1999 | | 0 |
| 07/13/1999 | .5 | 0 |
| 08/17/1999 | 0 | 0 |

This is a copy of your attendance grid as of 10/85 month which if you have any questions please contact Nancy

Q: NANCY; what does it mean, if there is NO marking in grid Box.

A: You were AT work on Time.

CCG-N002

**ORDER**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Exhibit 10

City of Chicago

v.

Ralph Cabrera. etd

NO. 99 m1 400655

RE: 1502 N. Keystone

**ORDER**

This cause coming on to be ~~heard~~ heard on motion of defendant to vacate the judgment entered in this cause on 7-19-1999 against Ralph and Reina Cabera in the amount of $50.000 plus costs; said motion to vacate the judgment is Denied.

**Atty No.**
**Name** Joe Ponnno
**Attorney for** City of Chicago
**Address** 30 N. LaSalle
**City / Zip** Chgo. 60602
**Telephone** 744. 1043

JUDGE DAVID B. ATKINS

JAN 1 1 2006

Circuit Court - 1879

**ENTER:**

_____
Judge        Judge's No.

### CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

CCG-N002-150M-5/12/00(03480663

No. 06-0605

# IN THE
## APPELLATE COURT OF ILLINOIS
### FIRST JUDICIAL DISTRICT

| | |
|---|---|
| RALPH CABRERA and REINA M. CABRERA, | ) Appeal from the Circuit Court ) of Cook County, Illinois |
| Defendants-Appellants, | ) Municipal Department ) |
| v. | ) No. 99 M1 400655 ) |
| CITY OF CHICAGO, | ) The Honorable ) **David B. Atkins** |
| Plaintiff-Appellee. | ) Judge Presiding |

## RESPONSE TO EMERGENCY MOTION FOR ACCELERATED APPEAL AND FOR A TEMPORARY INJUNCTION TO STOP WAGE GARNISHMENT

The plaintiff-appellee, the CITY OF CHICAGO, a municipal corporation, by its attorney, MARA S. GEORGES, hereby objects to the emergency motion of defendants-appellants RALPH CABRERA AND REINA CABRERA (collectively "the Cabreras") to accelerate this appeal, and for a temporary injunction to stop wage garnishment, because the court lacks jurisdiction over this appeal.  In support thereof, the City states as follows:[1]

1.  On July 19, 1999, a default judgment entered against the

Cabreras finding them guilty of building code violations, ordering them to bring their property into compliance, and assessing $50,000 in fines.  C. 23, C. 24.  The court also entered a permanent injunction, ordered the case dismissed, and ruled that the judgment was final and appealable.  C. 24.  On May 1, 2000, the court entered an "order of judgment and enforcement," ordering that the July 19, 1999 judgment for $50,000 plus costs "shall stand as a final judgment," and granting the City leave to enforce the judgment.  C. 25.  This May 1, 2000 order also stated that it was final and appealable. Id.

2.   On October 25, 2005, and November 8, 2005, the Cabreras filed motions to set aside the judgment.  C. 32-40.[2]  The notation on the half sheet for November 23, 2005, indicates that the circuit court set a hearing for January 11, 2006, at which it ordered the City to establish that the Cabreras owned the property and were served with the summons and complaint.  C. 2 (reverse).  No separate order appears in the record.

3.   The record also does not contain a transcript of the January 11, 2006 hearing.  The circuit court's notations on the half sheet for that date indicate that the process server,

Officer Czynowski, testified that he personally served Ralph
Cabrera and Reina Cabrera at 3302 W. Schubert.  C. 3 (reverse).
The notations further indicate that the Cabreras testified that
they had no notice of the proceedings, and that at the time they
were living at 1502 N. Keystone.  Id.  The circuit court entered
an order denying the Cabreras' motion to set aside the July 19,
1999 judgment on January 11, 2006.  C. 47.[3]

   4.  On February 6, 2006, the Cabreras filed a Motion for
Change of Venue.  C. 49.  The circuit court denied that motion on
February 15, 2006.  C. 51.

   5.  The Cabreras filed a notice of appeal on February 21,
2006, listing the January 11 (denial of motion to set aside
default) and February 15 (denial of motion to change venue)
orders as the orders appealed from.  C. 52.

   6.  On March 16, 2006, the Cabreras filed an "emergency

*EXHIBIT 10(F)*

file the notice of appeal therefore requires this court to dismiss the appeal for lack of jurisdiction. See, e.g., In re CJ, 325 Ill. App. 3d 502, 504-05 (1st Dist. 2001) (appeal "must be dismissed" where notice of appeal is filed thirty-one days after entry of judgment); Application of County Treasurer, 208 Ill. App. 3d at 564 ("[T]he appellate court is required to dismiss an untimely filed appeal for want of proper jurisdiction.").

11.  Because this court lacks jurisdiction over this appeal, the Cabreras' motion to accelerate the appeal and for a temporary injunction should be denied.

WHEREFORE, the City respectfully requests that the court deny the "Emergency Motion to Accellarate [sic] Appeal and Motion for Temporary Injunction To Stop Wage Garnishment." Further, the court should dismiss this appeal for lack of jurisdiction.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel
of the City of Chicago

By: _____
MYRIAM ZRECZNY KASPER
Chief Assistant Corporation Counsel
BENNA RUTH SOLOMON
Deputy Corporation Counsel
Suite 800
30 North LaSalle Street
Chicago, Illinois 60602
(312) 744-3564/7764

---

law to excuse a pro se litigant from a jurisdictional rule.

5

Exhibit (11)

0000517.190

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## FIRST MUNICIPAL DISTRICT

The City of Chicago,  )
    A Municipal Corporation,  )  No: 99M1400655
           Plaintiff,  )
        v.  )  Re: 1502 No: KEYSTONE
  RALPH CABRERA  )
           Defendant,  )

## ORDER
### Lead Paint Abatement

    This cause coming to be heard on the trial call, the Court having jurisdiction over the defendant(s) and the subject matter, and being fully advised in the premises and having heard evidence:

    IT IS HEREBY ORDERED THAT Defendant(s) RALPH CABRERA & REINA CABRERA

( )    Appear in Court:

( )    Arrange with the Department of Health for an interior inspection of the entire premises in question:

(X)    Complete all work to correct violations on the Plaintiff's complaint in compliance with the rules and regulations governing the removal of lead paint which have been promulgated by the City of Chicago's Board of Health. Specifically, while abatement is underway, no pregnant women or children under 12 years of age can occupy or use the premises; BY 8/30/99

( )    Board and secure the premises in question:

(X)    Have an ex-parte judgment entered against said defendant(s) in the amount of $ 50000 plus court costs:

( )    Have a finding of guilty entered against said defendant(s) in the amount of $ _____ plus court costs;

    IT IS FURTHER ORDERED THAT this cause is continued to _____, at 9:30 a.m. in Courtroom 1101, of the Daley Center, Chicago, Illinois without further notice.

Hearing date: 7/19/99

By: _____ DK

Assistant Corporation Counsel
MARA S. GEORGES
Corporation Counsel
30 N. LaSalle Street, Suite 700
Chicago, Il 60602 (312) 744-8791

Enter _____  JUL 18 1999

Judge

BETAR III

Exhibit (12)

Space for Recorder's Office

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT - FIRST DISTRICT

CITY OF CHICAGO, a municipal
corporation,

     Plaintiff,

   vs.

RALPH CABRERA Defendant(s) et al

NO. 99 M1 400655

RE: 1502 No. KEYSTONE

Courtroom 11 01  1ST FLR

### ORDER OF PERMANENT INJUNCTION
### AND OF JUDGMENT AND ENFORCEMENT

This matter coming on to be heard on the regular trial call and on motion of plaintiff, City of Chicago, and this court h jurisdiction over the parties and being fully advised in the premises, the court orders:

1. The judgment(s) hereby entered on the date(s) of _____ 7/19/99 _____ in the amount(s) of $ 50.000 plus $60.00 in court costs against defendant(s) RALPH CABRERA + REINA CABRERA _____ shall stand as final judgment and that leave for enforcement on said judgm is hereby granted plaintiff, City of Chicago, instanter.

2. Defendant(s) RALPH CABRERA , REINA CABRERA his/her/their agents, heirs, successors or assigns, be and are permanently enjoined and restrained from renting, leasing, using or occu the subject premises until full compliance with City of Chicago codes as stated in this cause and further order of court. It is fu ordered that defendant(s) his/her/their agents, successors, heirs or assigns maintain the vacant premises boarded and secured until fu order of court. The court reserves jurisdiction of this matter for the purposes of modification, enforcement or termination of this perma injunction.

3. This order is final and appealable, the court finding no just cause or reason to delay its enforcement or appeal.

Hearing Date: 7, 19, 99

ATTORNEY ###### MARA S. GEORGES
ASSISTANT CORPORATION COUNSEL
FOR THE PLAINTIFF
ROOM 700, 30 N LASALLE
CHICAGO, IL 60602

By: _____

Assistant Corporation Counsel
30 North LaSalle Street
Suite 700
Chicago, IL 60602
(312) 744-8791

4. CASE DISMISSED

Judge Sam Betar

BETAR III

ASSOC. JUDGE SAMUEL J. BETAR III

JUL 1 9 1999

CIRCUIT COURT - 1759

*Exhibit 12 A*

William G. Lacy — Chicago
Lisa Ruddo Murphy — Chicago
Lawrence O'Gara — Chicago
Ralph Reyna — Chicago
Maura Slattery Boyle — Chicago

Judicial Subcircuit No. 15

Charles P. Burns — Maywood
John T. Doody, Jr. — Chicago
Marcella C. Lipinski — Markham
Thomas P. Panichi — Markham
William M. Phelan — Bridgeview
Jesse Reyes — Chicago
Jessie Ryan — Chicago
David P. Sterba — Bridgeview
Frank G. Zelezinski — Markham

**Associate Judges**

Jorge L. Alonso — Skokie
Edward A. Antonietti — Markham
Larry Axelrood — Markham
Reginald H. Baker — Chicago
Mark J. Ballard — Chicago
Consuelo E. Bedoya-Witt — Skokie
Helaine L. Berger — Chicago
Samuel J. Betar, III — Rolling
Adam D. Bourgeois, Jr. — Chicago
William Stewart Boyd — Chicago
Stephen Y. Brodhay — Chicago
Michael Brown — Chicago
Gary L. Brownfield — Chicago
Elizabeth M. Budzinski — Chicago
Dennis J. Burke — Markham
Frank B. Castiglione — Chicago
Cheryl D. Cesario — Chicago
Timothy J. Chambers — Chicago
Joseph M. Claps — Chicago
Robert J. Clifford — Chicago
Gloria G. Coco — Chicago
Susan M. Coleman — Markham
Thomas J. Condon — Chicago
Abbel C. Cunningham — Chicago
Maureen M. Daly — Chicago
Ronald S. Davis — Chicago
Frank DeBoni — Chicago
Dennis A. Dernbach — Chicago
Israel A. Desierto — Skokie
Grace G. Dickler — Chicago
James G. Donegan — Chicago
Thomas M. Donnelly — Rolling
James P. Etchingham — Chicago
Maureen P. Feerick — Chicago
Ed Fernandez — Rolling
Howard L. Fink — Markham
Brian K. Flaherty — Chicago
Lawrence E. Flood — Chicago
Lawrence P. Fox — Chicago

*called*
*5:30 p.m.*

*3 District*
*447-818-2000*
*2221 uclit Road*
*Rolling madows*

*6/92/32*
*CASE NO.*
*99 M1 400655*

*Exhibit 13*

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### FIRST MUNICIPAL DISTRICT

| | | |
|---|---|---|
| The City of Chicago,<br>    A Municipal Corporation,<br>        Plaintiff, | ) ) ) ) | No: **99M1400655**<br><br>Re: **1502 N. KEYSTONE** |
|       v.<br><br>**Ralph Cabrera**<br>**et al.**   Defendant, | ) ) ) ) | Room No. 1101 Daley Center<br>Chicago, Illinois |

### ORDER OF JUDGMENT AND ENFORCEMENT

This matter coming on to be heard on the regular trial call and on motion of plaintiff, City of Chicago, and the court having jurisdiction over the parties and being fully advised in the premises, the court orders:

**$50,000 . 00** 1. The judgment(s) hereby entered on the date(s) of **7/19/99** in the amount of $ plus $60.00 in court costs against defendant(s) **RALPH CABRERA AND REINA CABRERA** shall stand as final judgment.

2. Leave for enforcement on said judgment is hereby granted Plaintiff, City of Chicago, instanter.

3. This order is final and appealable, the court finding no just cause or reason to delay its enforcement or appeal.

Hearing date: **5/1/00**

Judge **HOUSER**

Attorney No. 90909
Mara S. Georges, Corporation Counsel
By _____
Assistant Corporation Counsel
30 N. LaSalle St., Suite 700
Chicago, IL 60602
(312) 744-8791

ASSOC. JUDGE ANN HOUSER

MAY 0 1 2000

CIRCUIT COURT - 227



*Exhibit 14*

Human Resources Department
Telephone: (773) 847-4600 ext. 6447
FAX:    (773) 847-4612

October 25, 2007

Mr. Ralph Cabrera
4153 N. Western Avenue
Chicago, IL    60618

RE      time sheet request

Dear Mr. Cabrera:

Enclosed, please find time sheet information for Ralph Cabrera for the dates of June
28,29,30, July 1, & 2.

The time sheet is read as follows:
        clock in for work
        clock out for lunch
        clock back in after lunch
        clock out to leave
        WFC does have two 20 minute breaks each day that are not clocked.

Please advise if there are any questions or concerns.
Sincerely,

The Human Resources Department
World's Finest Chocolate, Inc

Enc.

Exhibit 15

WF    WORLDS FINEST CHOCOLATE    ORIGINAL    REPT    PAGE    75
100                                RINGS    603R    DATE 07-13-99

DATE: 06-27-99 THRU 07-03-99
CONTROL-4: ALL    INCLUDE ALL SCHEDULES

DEPT  EMPLOYEE NAME    EMPLOYEE    BADGE    SCHEDULE    RING    RING
                        NUMBER    NUMBER    NBR  SUB   DATE   TIME

SOUT  CABRERA, RALPH    00631    4730    600  00  06-28-1999    05:58
                                                06-28-1999    12:08
                                                06-28-1999    12:26
                                                06-28-1999    14:47
                                                06-29-1999    05:53
                                                06-29-1999    11:11
                                                06-29-1999    11:27
                                                06-29-1999    14:32

Exhibit 16

WF    WORLDS FINEST CHOCOLATE
100                RINGS    ORIGINAL    REPT    PAGE
                            60SR    DATE 07-13-99    76

DATE: 06-27-99 THRU 07-03-99
CONTROL-41 ALL
INCLUDE ALL SCHEDULES

| DEPT | EMPLOYEE NAME | EMPLOYEE NUMBER | BADGE NUMBER | SCHEDULE NBR | SUB | RING DATE | RING TIME |
|------|---------------|-----------------|--------------|--------------|-----|-----------|-----------|
| SCOT | CABRERA, RALPH | 00631 | 4730 | 600 | 00 | 06-30-1999 | 05:56 |
| | | | | | | 06-30-1999 | 11:14 |
| | | | | | | 06-30-1999 | 11:42 |
| | | | | | | 06-30-1999 | 14:30 |
| | | | | | | 07-01-1999 | 05:55 |
| | | | | | | 07-01-1999 | 11:47 |
| | | | | | | 07-01-1999 | 12:16 |
| | | | | | | 07-01-1999 | 14:30 |
| | | | | | | 07-02-1999 | 05:58 |
| | | | | | | 07-02-1999 | 11:30 |
| | | | | | | 07-02-1999 | 12:00 |
| | | | | | | 07-02-1999 | 14:33 |

STATE OF ILLINOIS )
COUNTY OF C O O K )SS  **AFFIDAVIT OF POLICE OFFICER**
CASE NUMBER: __99M1-400655__ FILED DATE: __6/11/99__ DIE DATE: __7/14/99__INV# ____4090____

DEFENDANT: RALPH CABRERA                          COURTRM 1101
ADDRESS: 3302 W SCHUBERT, CHGO, IL 60647    2700N    COURTDATE 7/19/99
*********************************************************************

[A]  I, the undersigned, being over eighteen years of age, not a party to the action
     and duly sworn on oath, certify that I served this summons & complaint on the
     defendant as follows:                        E X H i B i T 17

_X_[1]  PERSONAL SERVICE: By leaving a copy of the summons & complaint with the
        named defendant personally.
___[2]  SUBSTITUTE SERVICE: By leaving a copy of the summons & complaint at the
        defendant's usual place of abode with some person of the family, of age of
        13 years or upwards, and informing that person of the contents thereof,
        also, a copy of the summons was mailed on the day of_____ 199___, in
        a sealed envelope with postage fully prepaid, addressed to the defendant at
        his or her usual place of abode.
        SAID PARTY REFUSED NAME:_____
___[3]  SERVICE ON: Corporation_____Company_____Business_____
        Partnership_____.  By leaving a copy of the summons & complaint with
        the registered agent, authorized person or partner of defendant.

[B]  The party served is described as follows:

     1.  SEX _M_ RACE _W_-_H_ AGE _UUK_
     2.  NAME OF DEFENDANT: RALPH CABRERA
     SUMMONS SERVED ON: _Ralph Cabrera_ THIS _2d_ DAY OF _JUL_,199_9_ TIME _1:13_ AM/PM

     ADDITIONAL REMARKS:_____

[C]  I AM DULY AUTHORIZED TO SERVE PROCESS IN THIS CAUSE AND COMPLETE THIS RETURN OF
     SERVICE PURSUANT TO PARA 5/1-2-11(B) OF CHAPTER 65 OF THE ILLINOIS COMPILED
     STATUTES (1992 AS AMENDED) AND STATE THAT THE INFORMATION CONTAINED IN [A] AND
     [B] ABOVE IS THE TRUTH.
     TERRY G. HILLARD, CHICAGO POLICE SUPERINTENDENT, BY: _____
     _____, POLICE OFFICER, STAR #_____ _13089_

Signed and Sworn to before me on _6-30-99_ By: _____

_Rosalind McClennon_
     Notary Public
Cook County, Illinois

OFFICIAL SEAL
ROSALIND R McLENNON
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXP. MAY 31,2003

THE NAMED DEFENDANT WAS NOT SERVED:

| | ATTEMPTED SERVICES | |
|---|---|---|
| Date | Time | AM/PM |

TYPE OF BUILDING:_____     ___ ___ ___
NEIGHBORS NAME:_____      ___ ___ ___
ADDRESS:_____             ___ ___ ___
REASON NOT SERVED
___MOVED  ___WRONG ADDRESS          ___ ___ ___
___DECEASED___BUILDING VACANT       ___ ___ ___
___NO SUCH ADDRESS                  ___ ___ ___
___VACANT LOT  ___NO CONTACT        ___ ___ ___
___UNABLE TO GAIN ENTRY             ___ ___ ___
ADDITIONAL REMARKS:_____

JOE ROMANO    312-744-1043

Scott Sachnoff  312-744-6981

Exhibit 18

**Sorry!** When printing directly from the browser your map may be incorrectly cropped. To print the entire map, try clicking the **"Printer-Friendly"** link at the top of your results page.

 

*EXhibit 19*

| START | **3302 W Schubert Ave** | | | **4801 S Lawndale Ave** |
|---|---|---|---|---|
| | Chicago, IL 60647-1324, US | | | Chicago, IL 60632-3065, US |

**Total Est. Time:**
23 minutes

**Total Est. Distance:**
14.08 miles

| **Maneuvers** | | **Distance** |
|---|---|---|
| START | **1:** Start out going WEST on W SCHUBERT AVE toward N KIMBALL AVE. | <0.1 miles |
| | **2:** Turn RIGHT onto N KIMBALL AVE. | 0.1 miles |
| | **3:** Turn RIGHT onto W DIVERSEY AVE. | 0.8 miles |
| | **4:** Merge onto I-90 E / I-94 E. | 6.2 miles |
| | **5:** Merge onto I-55 S / STEVENSON EXPY S via EXIT 53 toward ST LOUIS. | 4.9 miles |
| | **6:** Take the PULASKI RD / 4000W exit- EXIT 287. | 0.2 miles |
| | **7:** Keep LEFT at the fork in the ramp. | <0.1 miles |
| | **8:** Keep RIGHT at the fork to go on S PULASKI RD. | 1.0 miles |
| | **9:** Turn LEFT onto W 47TH ST. | 0.3 miles |
| | **10:** Turn RIGHT onto S LAWNDALE AVE. | 0.1 miles |
| END | **11:** End at 4801 S Lawndale Ave Chicago, IL 60632-3065, US | |

**Total Est. Time:** 23 minutes    **Total Est. Distance:** 14.08 miles

*SALVA$\#$esion P#nt*

*773 477-1300*

Exhibit 20



All rights reserved. Use Subject to License/Copyright

These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.



# Chicago report card nothing to brag about

Alejandra Ibañez of the Pilsen Alliance (above) explains the city report card compiled by Developing Government Accountability to the People. More than 30 community organizations representing residents from throughout the city collaborated on the report card (right), which gave the city only one high mark, a B+ for environmental concerns. Other grades are: C+ for economic development and jobs; C marks for transportation and education; D for housing; and F grades in criminal justice and ethics and corruption.

EXHIBIT 21/

AI35

## COURT ORDERED DEDUCTION INQUIRY SCREEN

LAST UPDATE:           09 27 05        DATE ENTERED:          06 02 05
BATCH:                 833             WORKSHEET:             169152
PREPARER:              193             SSN:                   262613657
LAST NAME:             CARRIER         DEDUCTION TYPE:        32
DEDUCT FREQUENCY:      1               OPTION:                1
AMOUNT/PERCENT:              15.00     ARREAR PAYMENT:
ADJUST PENDING AMT:                    MED SUPPORT:
DATE FULLY DEDUCTED:                   TOTAL AMOUNT DEDUCTED:     11,316.54
TOTAL AMT DISTRIB:          0.00       TOTAL ARREAR DEDUCTED:         0.00
PAY/PERS C.O.D. PENDING FLAG = Y
EFFECTIVE DATE:        07 17 05        END DATE:
DISTRIBUTION DATE:     07 17 05        CLOSE DATE:
COURT DATE:                            DATE FILED:
COURT NUMBER:                          NA COURT NUMBER:
TOTAL AMOUNT DUE:         77414.77     ARREAR AMOUNT DUE:
CREDITOR NAME 1:       BAKER,MILLER,MARKOFF
CREDITOR NAME 2:       CITY OF CHCO(9501 400455
        ADDRESS:       29 N WACKER DR 5TH FL
           CITY:       CHICAGO                  STATE: IL  ZIP: 60606
        FIP CODE:                               COUNTY:
NEXT CONVERSATION                                       PA02=END

*Exhibit 22*

AI45

**CHICAGO PUBLIC SCHOOLS**
**COURT ORDERED DEDUCTIONS ACTIVITY INQUIRY SCREEN**

REINA                    CABRERA

| TYPE | YEAR | WRKSET | PAY DATE | CEN NMBR | GROSS PAY | ARREAR DEDUCTED | TOTAL DEDUCTED | DATE DISTRIB | AMOUNT DISTRIB |
|------|------|--------|----------|----------|-----------|-----------------|----------------|--------------|----------------|
| 32 | 05 | 169152 | 08/05/05 | 3368 | 2481.37 | | 372.20 | 08/28/05 | 372.20 |
| | | | 08/19/05 | 3371 | 2621.81 | | 393.27 | 08/29/05 | 393.27 |
| | | | 09/02/05 | 3375 | 1779.16 | | 266.87 | 09/29/05 | 266.87 |
| | | | 09/16/05 | 3379 | 1271.98 | | 190.79 | 09/29/05 | 190.79 |
| | | | 09/30/05 | 3384 | 1589.97 | | 238.49 | 09/29/05 | 238.49 |
| | | | 10/14/05 | 3388 | 1589.97 | | 238.49 | 10/13/05 | 238.49 |
| | | | 10/28/05 | 3392 | 1618.06 | | 242.70 | 10/27/05 | 242.70 |
| | | | 11/10/05 | 3396 | 1618.06 | | 242.70 | 11/09/05 | 242.70 |
| | | | 11/23/05 | 3400 | 1646.15 | | 246.92 | 11/22/05 | 246.92 |
| | | | 12/09/05 | 3404 | 1589.97 | | 238.49 | 12/08/05 | 238.49 |
| | | | 12/23/05 | 3408 | 1589.97 | | 238.49 | 12/19/05 | 238.49 |
| | | | 12/23/05 | 3409 | 1646.15 | | 246.92 | 12/22/05 | 246.92 |

MESSAGE
NEXT CONVERSATION AI45 262613657 05 169152 32 011706

PA02 = END

*Exhibit 23*

AI45

**CHICAGO PUBLIC SCHOOLS**
**COURT ORDERED DEDUCTIONS ACTIVITY INQUIRY SCREEN**

**REINA**            **CABRERA**

| TYPE | YEAR | WRKSHT | PAY DATE | GEN WARR | GROSS PAY | ARREAR DEDUCTED | TOTAL DEDUCTED | DATE DISTRIB | AMOUNT DISTRIB |
|------|------|--------|----------|----------|-----------|-----------------|----------------|--------------|----------------|
| 32 | 05 | 169152 | 01/20/06 | 3416 | 1663.28 | | 249.49 | 01/20/06 | 249.49 |
| | | | 02/03/06 | 3419 | 1589.97 | | 238.49 | 02/03/06 | 238.49 |
| | | | 02/17/06 | 3423 | 1674.24 | | 251.13 | 02/16/06 | 251.13 |
| | | | 03/03/06 | 3428 | 1730.41 | | 259.56 | 03/02/06 | 259.56 |
| | | | 03/17/06 | 3431 | 1730.41 | | 259.56 | 03/16/06 | 259.56 |
| | | | 03/31/06 | 3435 | 1730.41 | | 259.56 | 03/30/06 | 259.56 |
| | | | 04/07/06 | 3437 | 1668.68 | | 250.30 | 04/03/06 | 250.30 |
| | | | 04/28/06 | 3445 | 1727.64 | | 259.14 | 04/27/06 | 259.14 |
| | | | 05/12/06 | 3449 | 1875.03 | | 281.25 | 05/11/06 | 281.25 |
| | | | 05/26/06 | 3453 | 1963.47 | | 294.52 | 05/25/06 | 294.52 |
| | | | 06/09/06 | 3458 | 1904.51 | | 285.67 | 06/08/06 | 285.67 |
| | | | 06/23/06 | 3462 | 1816.08 | | 272.41 | 06/22/06 | 272.41 |

12.

**MESSAGE**                                                           **PA02 = END**
**NEXT CONVERSATION AI45 262613657 05 169152 32 070306**

Exhibit 24

AI45

## CHICAGO PUBLIC SCHOOLS
## COURT ORDERED DEDUCTIONS ACTIVITY INQUIRY SCREEN

**REINA**                    **CABRERA**

| TYPE | YEAR | WRKSHT | PAY DATE | GEN WARR | GROSS PAY | ARREAR DEDUCTED | TOTAL DEDUCTED | DATE DISTRIB | AMOUNT DISTRIB |
|------|------|--------|----------|----------|-----------|-----------------|----------------|--------------|----------------|
| 32 | 05 | 169152 | 07/07/06 | 3467 | 2057.87 | | 308.68 | 07/07/06 | 308.68 |
| | | | 07/21/06 | 3471 | 1860.96 | | 279.14 | 07/21/06 | 279.14 |
| | | | 08/04/06 | 3477 | 1983.60 | | 297.54 | 08/03/06 | 297.54 |
| | | | 08/18/06 | 3481 | 1860.97 | | 279.14 | 08/17/06 | 279.14 |
| | | | 09/01/06 | 3485 | 1615.70 | | 242.35 | 09/01/06 | 242.35 |
| | | | 09/15/06 | 3489 | 1388.34 | | 208.25 | 09/15/06 | 208.25 |
| | | | 09/29/06 | 3494 | 1735.42 | | 260.31 | 09/28/06 | 260.31 |
| | | | 10/13/06 | 3498 | 1735.42 | | 260.31 | 10/12/06 | 260.31 |
| | | | 10/27/06 | 3502 | 1735.42 | | 260.31 | 10/26/06 | 260.31 |
| | | | 11/10/06 | 3506 | 1735.42 | | 260.31 | 11/10/06 | 260.31 |
| | | | 11/22/06 | 3511 | 1735.42 | | 260.31 | 11/21/06 | 260.31 |
| | | | 12/08/06 | 3515 | 1735.42 | | 260.31 | 12/07/06 | 260.31 |

MESSAGE                                                        PA02 = END
NEXT CONVERSATION AI45 262613657 05 169152 32 121606

Exhibit 5

AI43

# CHICAGO PUBLIC SCHOOLS
## COURT ORDERED DEDUCTIONS ACTIVITY INQUIRY SCREEN

REINA                    CABRERA

| YPE | YEAR | WRKSNT | PAY DATE | GEN WARR | GROSS PAY | ARREAR DEDUCTED | TOTAL DEDUCTED | DATE DISTRIB | AMOUNT DISTRIB |
|---|---|---|---|---|---|---|---|---|---|
| 32 | 05 | T69152 | 12/22/06 | 3515 | 1735.42 | | 260.31 | 12/19/06 | 260.31 |
| | | | 12/22/06 | 3521 | 1735.42 | | 260.31 | 12/21/06 | 260.31 |
| | | | 01/19/07 | 3528 | 1735.45 | | 260.31 | 01/18/07 | 260.31 |
| | | | 02/02/07 | 3531 | 1735.42 | | 260.31 | 02/01/07 | 260.31 |
| | | | 02/16/07 | 3535 | 1735.42 | | 260.31 | 02/15/07 | 260.31 |
| | | | 03/02/07 | 3539 | 1735.42 | | 260.31 | 03/02/07 | 260.31 |
| | | | 03/16/07 | 3543 | 1735.42 | | 260.31 | 03/15/07 | 260.31 |

MESSAGE   NO MORE WORKSHEETS ON FILE                    PA02 = END
NEXT CONVERSATION

Exhibit 26



**CHICAGO PUBLIC SCHOOLS**
**P.O. BOX 00000**
**CHICAGO, ILLINOIS 00000**

DATE: November 21, 2007
PAY RUN ID: EXXXX7117-040019B401
CHECK NUMBER: 400019101

PAY PERIOD: 11/04/07-11/17/07
LANE/GRADE: G0B
STEP: 09



lll.ll...ll.....ll..l.l.lll.l.....ll.l.l.l..ll..l.ll
e-182 CX5 LB 87429 - 00037791 XXXX 325XXXXXX00X X371A1 C
**REINA MARIA CABRERA**
**4153 N WESTERN**
**CHICAGO IL 60618-2813**

| | | | | |
|---|---|---|---|---|
| **EMPLOYEE ID:** | 000006791 | | YTD TOTAL GROSS: | $45,652.14 |
| **TIME CURRENT:** | 72.50 | | YTD TAXABLE GROSS: | $30,398.25 |
| **OVERTIME:** | 0.00 | | MAIL DROP/DEPT/JOB CODE: | 08261/20401/000468 |

| POSITION/EARN TYPE | HOURS | AMOUNT/ADJ. | ADJ. PP |
|---|---|---|---|
| 147760/Holiday | 7.25 | 228.67 | |
| 147760/Reg Earns | 58.00 | 1830.98 | |
| 147760/Sick Pay | 7.25 | 228.67 | |

| TAXES/DEDUCTIONS/MISC | CURRENT | YTD |
|---|---|---|
| United Health HMO Family | 44.67 | 1020.96 |
| CPS Pension Plan | 37.53 | 852.94 |
| Deferred Pay 38.6 Week Ba | 501.76 | 2910.21 |
| Fed Withholding            901 | 234.32 | 5692.25 |
| IL Withholding              01 | 48.84 | 1155.18 |
| Combined Charities | 2.00 | 46.00 |
| Group/Death/Dis | 219.85 | 31615.62 |
| CTU C/2 Dues | 19.12 | 499.76 |
| Universal Life | 11.86 | 213.30 |
| Basic Life Employer Paid | 0.00 | 59.25 |
| Salary Advance Payback | 0.00 | 80.89 |

| BENEFIT DAYS | | | | | | |
|---|---|---|---|---|---|---|
| SCK | 137.50 | SCP | 0.00 | PRD | 2.5% | |
| VAC | 0.00 | VC1 | 0.00 | VC2 | 0.00 | |

| | CURRENT | YTD |
|---|---|---|
| CPS Pension Contrib | 125.09 | 2842.74 |

\*\*\* CURRENT GROSS PAY     $2,288.72

\*\*\* CURRENT NET PAY     $1,168.18

**MESSAGES:** The CPS 2008 Benefits Open Enrollment -- Begins N
ov. 19, 2007 and Ends Dec. 7, 2007

*Exhibit 27*

2120 - Served            2220 - Not Served         2320 - Service By Mail
2121 - Alias Served      2321 - Alias Not Served   2321 - Alias Service by Mail
Summons - Detinue / Registration of a Foreign Judgment          CCM N702-25M-3/02/05 (          )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(Name All Parties)

City of Chicago

No.  99 M1 400655

_____
                    Plaintiff(s)

Amount Claimed $ 70,040.47

v.

Ralph Cabrera and Reina Cabrera
4153 N. Western, Chicago, IL 60618

*Return Date January 8, 2008

COURT DAY

_____
                    Defendant(s)

# ALIAS  SUMMONS

Exhibit 28

**To each Defendant:**

YOU ARE SUMMONED and required either:

1. to appear in person in Room  1401 _____, the Richard J. Daley Center _____, at
                                          (Address)

2:00 ___ p. ___ m., on * January 8 _____, 2008 ___, OR
(Time)                        (Date)

2. to file your written appearance by yourself or attorney in Room  602 _____ on or before that date, and

appear in Room  1401 _____, the Richard J. Daley Center _____, at 2:00 ___ p. ___ m.
                                    (Address)                                    (Time)

on that date.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS ATTACHED.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 3 days before the day for appearance.  If service cannot be made, this Summons shall be returned so endorsed.

*This Summons may not be served later than 3 days before the day of appearance.

Atty. No.:  00786 _____

Name:  Baker Miller Markoff & Krasny, LLC

Atty. for:  Plaintiff

Address:  29 N Wacker Dr., 5th FL

City/State/Zip:  Chicago, IL  60606

Telephone:  312-541-4100    82-6123

(This form replaces CCM1-89/89A)

WITNESS _____, _____

_____
Clerk of the Circuit Court

Date of Service _____

To be inserted by officer on copy left with
Defendant or other person

CALL
THIS NUMBER

(OVER)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

ORIGINAL COURT FILE