MHW

## IN THE UNITED STATE DIETRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Ralph Cabrera ) <br> Reina Cabrera ) <br> **Plaintiff** ) <br> ) <br> v. ) <br> ) <br> CITY OF CHICAGO, et al, ) <br> ) <br> Joe Romano ) <br> Scott sachnoff ) <br> Mara S Georges ) <br> Baker, Miller, Mark off & Krasny ) <br> Unknown City Attorneys ) <br> ) <br> Officer Case Czynowski Star13089 ) <br> Officer Process Server Unknown ) <br> ) <br> **Defendant** ) <br> ) | CASE NO.: 07 C 6924 <br><br> **F I L E D** <br> 2-20-2008 <br> FEB 2 0 2008 <br> MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT <br><br><br> **Honorable Judge Joan H Lefkow** <br><br><br><br> Magistrate Judge COX |

### Notice of Motion

To
City of Chicago Corporation Counsel
30 N La Salle St. Suite 800
Chicago, IL. 60606

    Please Take Notice that on February 26, 2008, at 9; 30 am, or soon thereafter as Counsel may be heard. I shell appear before the Honorable Judge Joan H, Lefkow, or whomever may be sitting in her stead, in Room 1925 of the U.S. District Court of the Northern District of Illinois, Eastern Division, at 219 S Dearborn St, Chicago, IL. 60604 and shell then and there present the attached. **PLAINTIFF'S MOTION TO AMEND AND SUPPLEMENTAL COMPLAINT**

Ralph Cabrera
Reina Cabrera

4153 N Western Ave.
Chicago, IL. 60618
773-430-0944

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon the above named, at the address indicated, by U.S. Mail on February 15, 2008 from 2522 W Lawrence, Ave. Chicago, Illinois 60625.

Ralph Cabrera<br>
Reina Cabrera