UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division

Ralph Cabrera, et al.
　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:07−cv−06924
　　　　　　　　　　　　　　　　　　　　　Honorable Joan H. Lefkow

City of Chicago, et al.
　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 21, 2008:

　　　MINUTE entry before Judge Joan H. Lefkow :Plaintiffs' motion to amend and supplemental complaint [21] taken under advisement. Ruling will issue by mail. Date by which defendant shall respond to motions to dismiss is suspended until further order of court. Noticed motion in−court date of 2/26/2008 is stricken and case will not be called in court on 2/26/2008. Plaintiffs' motion for appointment of counsel taken under advisement.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.