IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RALPH CABRERA and <br> REINA CABRERA <br>     Plaintiffs, <br>         v. <br> THE CITY OF CHICAGO, et al <br>     Defendants | ) <br> ) <br> ) <br> )  No. 07 C 6924 <br> ) <br> )  Judge Joan H. Lefkow <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' MOTION TO DISMISS**

Defendants Mara S. Georges, Myriam Zreczny Kasper, Benna Ruth Solomon, Brian L. Crowe, Torrick Ward, Demetris Kare, Joe Romano, and Scott Sachnoff (collectively "City Attorneys) move by and through their attorney, Thomas M Leinenweber, to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b).

1.    Plaintiffs filed a 12 count Complaint[1] against numerous defendants; broadly claiming violations of their civil rights pursuant to 42 U.S.C. §§ 1983 and 1985 ("Civil Rights"); and inferring actions based on mail fraud, RICO, and malicious prosecution. Complaint Exhibit 1). The foregoing causes of action are alleged to arise from a 1999 lawsuit filed by the City of Chicago against Plaintiffs in the Circuit Court of Cook County, Illinois to enforce the City of Chicago's Housing Ordinance ('Lawsuit").

2.    City Attorneys represented the City of Chicago in the Lawsuit and in connection therewith, the Complaint claims City Attorneys violated their Civil Rights and engaged in acts of malicious prosecution.

---

[1] The Complaint identifies 13 counts; however there is no count number two (2). This motion shall refer to numbered the counts of the Complaint as ascribed in the Complaint

3.     The Complaint should be dismissed for the reasons set forth in the Memorandum of Law in Support of Motion to Dismiss, which is submitted herewith.

WHEREFORE, Defendants Mara S. Georges, Myriam Zreczny Kasper, Benna Ruth Solomon, Brian L. Crowe, Torrick Ward, Demetris Kare, Joe Romano, and Scott Sachnoff respectfully move this Court to dismiss the Complaint against them in its entirety and with prejudice.

                                             Respectfully submitted,

                                             s/Thomas More Leinenweber
                                             Thomas More Leinenweber

Thomas More Leinenweber
Leinenweber & Baroni, LLC
321 South Plymouth Court, Suite 1515
Chicago, Illinois 60604
312-663-3003