**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RALPH CABRERA and REINA CABRERA | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6924 |
| | ) | |
| v. | ) | Judge Joan H. Lefkow |
| | ) | |
| THE CITY OF CHICAGO, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:    Ralph Cabrera & Reina Cabrera
       4153 N. Western
       Chicago, IL 60618

       Kathleen Louis Ford
       Illinois Attorney General's Office
       100 West Randolph Street
       Chicago, IL 60601

       Jamie Melissa Sheehan
       Cook County State's Attorney's Office
       500 Richard J. Daley Center
       Chicago, IL 60602

PLEASE take notice that on Tuesday, April 1, 2008 at 9:30 a.m. I will present the attached **DEFENDANTS' MOTION TO DISMISS and MEMORANDUM IN SUPPORT** before the Honorable Joan H. Lefkow in courtroom 1925 of the United States District Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois, a copy of which is hereby served upon you.

s/Thomas More Leinenweber
Thomas More Leinenweber

## PROOF OF SERVICE

I, Thomas More Leinenweber, an attorney, swear I served a copy of the above-referenced documents on the parties on the attached service list by placing a copy in the U.S. Mail with the proper postage pre-paid on March, 2008 and via e-mail.

s/Thomas More Leinenweber
Thomas More Leinenweber

Thomas More Leinenweber
Leinenweber & Baroni, LLC
321 South Plymouth Court, Suite 1515
Chicago, Illinois 60604
312-663-3003