# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6924 | **DATE** | 3/28/2008 |
| **CASE TITLE** | Cabrera, et al. vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiffs stated in their Motion for Appointment of Counsel (#25) that they attached an original Application for Leave to Proceed *In Forma Pauperis*. No such application appears to have been filed, however. If plaintiffs continue to seek appointment of counsel, they are directed to file that application with the court by April 8, 2008. The court is providing a copy by mail of the *In Forma Pauperis* affidavit to the plaintiffs along with this order. Ruling will issue by mail on plaintiffs' motion for appointment of counsel by April 15, 2008. The court will then proceed accordingly with respect to ordering responses to the other pending motions in this case. Defendants' noticed motion date of April 1, 2008 for their most recent motion to dismiss is stricken; the parties need not appear in court on that date.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | MD |
|---|---|---|