
FILED
APR X 8 2008
APR 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

**IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT**

Ralph Cabrera
Reina M. Cabrera
Plaintiff

v.

City of Chicago, et al.
Defendant(s)

CASE NUMBER  07 C 6924
JUDGE  Joan H. Lefkow

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*
I, Ralph Cabrera, Reina M. Cabrera, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?   ☐Yes   ☒No   (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail:_____
   Do you receive any payment from the institution? ☐Yes ☒No   Monthly amount:_____

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages:_____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: 5/07
      Monthly salary or wages:_____
      Name and address of last employer: Georgia Nut Co., Skokie, IL

   b. Are you married?   ☒Yes   ☐No
      Spouse's monthly salary or wages: 2336.36
      Name and address of employer: Chicago Public Schools
      P.O. Box 09003, Chicago, IL 60609

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                       ☒Yes   ☐No
      Amount See above   Received by Reina M. Cabrera

b.  ☐ Business, ☐ profession or ☐ other self-employment  ☐Yes  ☒No
Amount_____ Received by_____

c.  ☐ Rent payments, ☐ interest or ☐ dividends  ☐Yes  ☒No
Amount_____ Received by_____

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
   ☐Yes  ☒No
Amount_____ Received by_____

e.  ☒ Gifts or ☐ inheritances  ☒Yes  ☐No
Amount _400.00_ Received by _Ralph Cabrera (from mother)_

f.  ☐Any other sources (state source:_____)  ☐Yes  ☐No
Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?  ☒Yes  ☐No  Total amount: _230.00_
   In whose name held: _Ralph Cabrera_ Relationship to you: _self_

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?  ☐Yes  ☒No
   Property:_____ Current Value:_____
   In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?  ☒Yes  ☐No
   Address of property: _4153 N. Western_
   Type of property: _Home_ Current value: _86,000.00_
   In whose name held: _Reina/Ralph Cabrera_ Relationship to you: _Plaintiffs_
   Amount of monthly mortgage or loan payments: _1400.00_
   Name of person making payments: _Reina M. Cabrera_

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
   ☒Yes  ☒No
   Property: _Toyota Celica 1989_
   Current value: _$500. or less_
   In whose name held: _Ralph Cabrera_ Relationship to you: _self_
   Honda Elite Scooter 150cc, 1987 - held by: Ralph Cabrera  $400.00 or less

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
   _Cristina Cabrera - age 17, Raphael Cabrera - age 12,_
   _Adrian Cabrera - age 11_

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: April 08, 2008

_Ralph Cabrera_
Signature of Applicant

_Ralph Cabrera_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.


**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution)_____.
I further certify that the applicant has the following securities to his/her credit:_____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(Add all deposits from all sources and then divide by number of months).

_____          _____
DATE                              SIGNATURE OF AUTHORIZED OFFICER

                                  _____
                                  (Print name)

rev. 10/10/2007