# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6924 | **DATE** | 4/18/2008 |
| **CASE TITLE** | Cabrera, et al. vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Enter Order. Plaintiffs' motion for appointment of counsel [25] denied without prejudice. Plaintiffs' application for leave to proceed in forma pauperis [30] denied as moot. Plaintiffs' motion to amend and supplement their complaint [21] granted. Defendants Kasper, Crowe, Ward, Kare, Cook County Sheriff Department, Houser, Donnelly, Atkins, and the Clerk of the Circuit Court are dismissed as defendants in this case. Defendants' motions to dismiss [7], [11] denied as moot. Plaintiffs' response to motion of remaining defendants to dismiss [26] due by 5/17/2008. If plaintiffs do not respond by that date, amended complaint will be dismissed and case will be terminated.

■ [ For further detail see separate order(s).]             Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | MD |
|---|---|---|